## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEMINOLE TRIBE OF FLORIDA**<br>6300 Stirling Road<br>Hollywood, Florida 33024<br>     PLAINTIFF,<br><br>v.<br><br>**ALEX M. AZAR**, in his official capacity<br>as Secretary,<br>U.S. Department of Health & Human Services<br>200 Independence Ave, S.W.<br>Washington, DC 20201<br><br>**RADM MICHAEL D. WEAHKEE**, in his<br>official capacity as Acting Director,<br>Indian Health Service<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>     DEFENDANTS. | **Civil Action No. 1:18-cv-00776** |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff, the Seminole Tribe of Florida, and Defendants, Alex Azar, Secretary, United States Department of Health and Human Services, et al. respectfully ask for a stay of the proceedings in this case. The parties have agreed to engage in informal settlement discussions aimed at resolving the claims at issue in this case.

The parties jointly request that the Court stay these proceedings until August 16, 2018. If the parties have not notified the Court that the parties have reached substantial agreement on these issues by that date, the parties request that the court set the following schedule to further govern these proceedings:

- Defendants will file a Response to the Plaintiff's Motion for Summary Judgement on or by September 5; and

- Plaintiff will file its Reply on or by September 26.

A proposed order is attached.

Dated: July 18, 2018

Respectfully submitted,

        s/ Caroline P. Mayhew
        Caroline P. Mayhew (DC Bar No. 1011766)
        Hobbs, Straus, Dean, & Walker LLP
        2120 L St. NW, Suite 700
        Washington, DC 20037
        202-822-8282 (Tel.)
        202-296-8834 (Fax)

        Geoffrey D. Strommer
        Stephen D. Osborne
        Hobbs, Straus, Dean & Walker, LLP
        516 SE Morrison Street, Suite 1200
        Portland, OR 97214
        503-242-1745 (Tel.)
        503-242-1072 (Fax)

        JESSIE K. LIU
        D.C. BAR # 472845
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN
        D.C. BAR # 924092
        Civil Chief

By:   /s/
        BENTON G. PETERSON, BAR # 1029849
        Assistant United States Attorney
        U.S. Attorney's Office
        555 4th Street, N.W. - Civil Division
        Washington, D.C. 20530
        (202) 252-2534