# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEMINOLE TRIBE OF FLORIDA,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **ALEX M. AZAR**, in his official capacity as Secretary, U.S. Department of Health & Human Services, | ) ) ) ) ) |
| **RADM MICHAEL D. WEAHKEE**, in his official capacity as Acting Director, Indian Health Service, | ) ) ) ) |
| Defendants. | ) ) |

Case No. 1:18-cv-0776-RC

## JOINT MOTION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

The Parties in this case have reached a settlement.  Pursuant to the settlement agreement and Federal Rule of Civil Procedure 41(a)(2), Plaintiff, Seminole Tribe of Florida (the Tribe), and Defendants, Alex M. Azar and RADM Michael D. Weahkee, respectfully file this motion for dismissal of this action consistent with the attached proposed order.  The Parties respectfully request dismissal, without prejudice, until such time as the Parties notify the Court that the contract amendments for fiscal years 2018-2019 have been executed and paid, at which time the Parties request that the dismissal stand <u>with</u> prejudice.  Counsel for the Tribe has conferred with counsel for the Defendants and has been advised that Defendants consent to this motion. Respectfully submitted,

| | |
|---|---|
| By: /s/ Kaitlyn Klass | By: /s/ Christopher C. Hair |
| KAITLYN KLASS | CHRISTOPHER C. HAIR |
| (DC Bar No. 1032219) | (PA Bar No. 306656) |

Hobbs, Straus, Dean & Walker, LLP
1899 L St. NW, Suite 1200
Washington, DC 20036
202-822-8282 (Tel.)
202-296-8834 (Fax)
kklass@hobbsstraus.com

Geoffrey D. Strommer, *pro hac vice*
Stephen D. Osborne, *pro hac vice*
Hobbs, Straus, Dean & Walker, LLP
516 SE Morrison Street, Suite 1200
Portland, OR 97214
503-242-1745 (Tel.)
503-242-1072 (Fax)
gstrommer@hobbsstraus.com
sosborne@hobbsstraus.com

*Attorneys for Seminole Tribe of Florida*

Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
Tel:  (202) 252-2541

JESSIE K. LIU
(D.C. Bar No. 472845)
United States Attorney for the District of Columbia

DANIEL F. VAN HORN
(D.C. Bar No. 924092)
Civil Chief

*Attorneys for Defendants*

**DATED**:  January 31, 2020

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEMINOLE TRIBE OF FLORIDA,** | ) |
| Plaintiff, | ) |
| v. | ) |
| **ALEX M. AZAR**, in his official capacity as Secretary, U.S. Department of Health & Human Services, | ) Case No. 1:18-cv-0776-RC |
| **RADM MICHAEL D. WEAHKEE**, in his official capacity as Acting Director, Indian Health Service, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER OF DISMISSAL

The Court having been advised by counsel that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice until the parties notify the Court that Plaintiff has received the settlement amount. Once the parties submit a joint notice of payment, the dismissal shall, without further order, be <u>with</u> prejudice.

**SO ORDERED.**

_____
Rudolph Contreras
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2020, I caused service of the foregoing document by filing it with the clerk of the Court via the CM/ECF system.

                    By:    /s/ Christopher C. Hair
                              CHRISTOPHER C. HAIR
                              Assistant United States Attorney